UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Myeisha Lynn Marks, *individually on behalf of her minor child, SSJ,* <br><br> Plaintiff, <br><br> vs. <br><br> Horry County Schools, <br> Horry County School Transportation Department, <br> Clifford "Cliff" Jones, <br> Charlie D. Brown, <br> John Doe Bus Driver, <br><br> Defendants. | C/A: 4:25-cv-12548-JD-TER <br><br><br> ORDER |

Plaintiff Marks alleges to be the mother of a minor child. (ECF No. 1). Plaintiff filed a motion for *in forma pauperis*, which is not yet being ruled on. Minor children may not be represented by parents *pro se*. *M.D. v. Sch. Bd. of City of Richmond*, 560 Fed. Appx. 199, 202 (4th Cir. 2014). *Pro se* litigants cannot represent others. "The right to litigate for oneself, however, does not create a coordinate right to litigate for others." *Myers v. Loudoun Cty. Pub. Sch.*, 418 F.3d 395, 400 (4th Cir. 2005).

Plaintiff is given 45 days from the date of this order to secure counsel for her child. Marks is put on notice she may not have standing individually to pursue this action. *In re Mutual Funds Inv. Litig.*, 529 F.3d 207, 216 (4th Cir. 2008) (to possess constitutional standing, a plaintiff must be injured by the defendant, and a federal court must be able to redress the injury). A lack of standing is a lack of subject matter jurisdiction over this action. *Myers v. AT & T Corp.*, No. 2:13-CV-1432-RMG, 2013 WL 4823282, at *2 (D.S.C. Sept. 9, 2013).

Plaintiff must place the civil action number listed above on any document provided to the court pursuant to this Order. **Any future filings by Plaintiff in this case must be sent to the address below: (Post Office Box 2317, Florence, South Carolina 29503).** All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. *Pro se* litigants, such as Plaintiff, shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, Plaintiff is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a *pro se* litigant. Attention is directed to the following important notice:
You are ordered to always keep the Clerk of Court advised in writing (**Post Office**

**Box 2317, Florence, South Carolina 29503**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. **If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, <u>your case may be dismissed for violating this Order.</u>** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket numbers of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

**<u>TO THE CLERK OF COURT</u>**:

The Clerk shall mail a copy of this Order to Plaintiff. If Plaintiff fails to comply within the period prescribed in this Order, the Clerk of Court shall forward the file to the assigned Magistrate Judge for Report and Recommendation that the assigned District Judge dismiss the case without prejudice. *See In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, No. 3:07-mc-5015-JFA. The Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this court who has entered a formal appearance.

IT IS SO ORDERED.

<u>s/ Thomas E. Rogers, III</u>
September 23, 2025                               Thomas E. Rogers, III
Florence, South Carolina                       United States Magistrate Judge